■ In the Matter of BEATRICE J. MARZ et al., Respondents, v VILLAGE OF MALVERNE, Appellant.—Appeal by the Village of Malverne from an order of the Supreme Court, Nassau County (Christ, J.), dated December 9, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Christ at the Supreme Court, Nassau County. Thompson, J. P., Brown, Eiber and Sullivan, JJ., concur.